```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 22690
   FRANCISCO SALES ESTUITA JR
   TERESITA FERMIN ESTUITA                     CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8548    SSN XXX-XX-4241

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/27/2008 and was not confirmed.

     The case was dismissed without confirmation 11/26/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------
US BANK NATIONAL ASSOCIA CURRENT MORTG         .00            .00             .00
AMERICAS SERVICING COMPA MORTGAGE NOTI  NOT FILED             .00             .00
AMERICAS SERVICING       MORTGAGE NOTI  NOT FILED             .00             .00
US BANK NATIONAL ASSOCIA MORTGAGE ARRE    16000.00            .00             .00
US BANK NATIONAL         MORTGAGE NOTI  NOT FILED             .00             .00
HOME LOAN SERVICES INC   CURRENT MORTG         .00            .00             .00
ROUNDUP FUNDING LLC      UNSECURED         1095.70            .00             .00
CAPITAL ONE              UNSECURED         2132.66            .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED            .00             .00
CAPITAL ONE              UNSECURED         2215.80            .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED            .00             .00
HSBC/CARSON              UNSECURED       NOT FILED            .00             .00
LVNV FUNDING             UNSECURED         1559.35            .00             .00
HOUSEHOLD                UNSECURED       NOT FILED            .00             .00
HSBC NV                  NOTICE ONLY     NOT FILED            .00             .00
JUNIPER                  UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP    UNSECURED         5718.74            .00             .00
MERRICK BANK             UNSECURED         1814.66            .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED          585.95            .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED          996.23            .00             .00
SHELL CITICARD           UNSECURED       NOT FILED            .00             .00
TARGET                   UNSECURED       NOT FILED            .00             .00
HOUSEHOLD BANK           UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP    UNSECURED          500.29            .00             .00
ELENA HORNUGOS           NOTICE ONLY     NOT FILED            .00             .00
MARIA VIGILLA            NOTICE ONLY     NOT FILED            .00             .00
JAZMIN ESTUITA           NOTICE ONLY     NOT FILED            .00             .00
SANTANDER CONSUMER USA   SECURED NOT I    15972.15            .00             .00
HOME LOAN SERVICES INC   SECURED NOT I         .00            .00             .00
PETER FRANCIS GERACI     DEBTOR ATTY       850.00                             .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 22690 FRANCISCO SALES ESTUITA JR & TERESITA FERMIN ESTUITA

```
                              RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                              ---------------    ---------------
TOTALS                                  .00                  .00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
     Dated: 02/25/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```